IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JOHN AND KAIFER HOLSTON, and
CARL AND SHARRON SHELLY                                              PLAINTIFFS

VERSUS                                      CIVIL ACTION NO. 4:05CV194-P-A

COLDWELL BANKER REAL
ESTATE CORPORATION, COLDWELL
BANKER FIRST GREENWOOD-LEFLORE
REALTY, INC., LEFLORE PROPERTIES, INC.,
JIM PRUETT, LINDA PRUETT, BANK OF
COMMERCE, OPTION ONE MORTGAGE
CORPORATION, and STATE BANK & TRUST
COMPANY                                                              DEFENDANTS

## ORDER

This cause is before the Court on the plaintiffs' Motion to Stay [50-1]. The Court, having reviewed the motion, the response, the authorities cited and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is not well-taken and should be denied for the reasons articulated in the defendant's opposition to the instant motion.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the plaintiffs' Motion to Stay [50-1] is not well-taken and should be, and hereby is, DENIED.

SO ORDERED, this the 13th day of July, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE